**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

COMMODORES ENTERTAINMENT CORPORATION,

    Plaintiff/Counter Defendant,

v.                                      Case No. 6:14-cv-1335-Orl-37GJK

THOMAS McCLARY; and FIFTH AVENUE ENTERTAINMENT, LLC,

    Defendants/ Counter Claimants.

---

THOMAS McCLARY; and FIFTH AVENUE ENTERTAINMENT, LLC,

    Third Party Plaintiffs,

v.

COMMODORES ENTERTAINMENT CORP.; COMMODORE ENTERTAINMENT CORP.; DAVID FISH; WILLIAM KING; WALTER ORANGE; SAL MICAELS; PYRAMID ENTERTAINMENT GROUP, INC.; and DOES 1-100,

    Third Party Defendants.

---

**ORDER**

    This cause is before the Court on Defendant's Motion for Expedited Certification of Rulings for Interlocutory Appeal (Doc. 144), filed December 31, 2014. On October 15, 2014, the Court granted Plaintiff's motion for preliminary injunction, enjoining Defendants

from "using any of the Marks at issue [in this case] in a manner other than fair use." (Doc. 56.) On December 30, 2014, the Court clarified that the injunction has extraterritorial application. (*See* Doc. 141.) Defendants seek interlocutory appeal of the injunction and the clarification order under 28 U.S.C. § 1292(b). (*See* Doc. 146.)

The preliminary injunction is already on appeal pursuant to 28 U.S.C. § 1292(a)(1) (*see* Doc. 69); thus, it is not subject to § 1292(b), which is limited to orders "not otherwise appealable" under § 1292. *See* 28 U.S.C. § 1292(b). Further, the Court does not find that its clarification order (Doc. 141) is qualified for a § 1292(b) appeal. *See McFarlin v. Conseco Servs., LLC*, 381 F.3d 1251, 1259 (11th Cir. 2004) (explaining appropriate situations for § 1292(b) appeals). Therefore, the appellate court will determine the scope and propriety of the appeal.

Accordingly, the Court thereby **DENIES** Defendant's Motion for Expedited Certification of Rulings for Interlocutory Appeal (Doc. 144).

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 5, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record

2