**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

COMMODORES ENTERTAINMENT CORPORATION,

    Plaintiff/Counter Defendant,

v.

Case No. 6:14-cv-1335-Orl-37GJK

THOMAS McCLARY; and FIFTH AVENUE ENTERTAINMENT, LLC,

    Defendants/ Counter Claimants.

---

THOMAS McCLARY; and FIFTH AVENUE ENTERTAINMENT, LLC,

    Third-Party Plaintiffs,

v.

COMMODORES ENTERTAINMENT CORP.; COMMODORE ENTERTAINMENT CORP.; DAVID FISH; WILLIAM KING; WALTER ORANGE; SAL MICAELS [sic]; PYRAMID ENTERTAINMENT GROUP, INC.; and DOES 1-100,

    Third-Party Defendants.

---

**ORDER**

This cause is before the Court on its own motion. In this trademark infringement action, Thomas McClary and Fifth Avenue Entertainment, LLC ("FAE") each filed counterclaims against Plaintiff Commodores Entertainment Corporation. (Docs. 59, 79.)

Additionally, they filed a Third Party Complaint, *naming Commodores Entertainment Corp., Commodore Entertainment Corp.*, and six other persons or entities as Third Party Defendants. (*See* Doc. 55.)

"Commodores Entertainment Corp." is a registered Nevada corporation. (*See* Docs. 33-14, 33-16.) Under Nevada law, abbreviations change the name for certain words such as "services" (versus "svc.") or "American" (versus "Amer."). NAC 78.090. However, "corporation" versus "corp." "shall not be considered when determining whether two names are distinguishable." NAC 78.020. Additionally, a phonetic similarity may make a name distinguishable if it actually changes the word in some manner (for example, "capital" versus "capitol" or "picks" versus "pix"). NAC 78.050. However, Nevada law says nothing about the difference between a singular and plural version of a word in a name.

McClary and FAE's implied assertion that there is a legal difference between "Commodores Entertainment Corporation," "Commodores Entertainment Corp.," and "Commodore Entertainment Corp." is therefore meritless. Plaintiff Commodores Entertainment Corporation is representative of all three variations of the name.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that "Commodores Entertainment Corp." and "Commodore Entertainment Corp." are **STRICKEN** as Third Party Defendants in this action. Any further arguments or assertions suggesting a difference between the three entities will be rejected.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 9, 2015.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record