UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODORES ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                              Case No. 6:14-cv-1335-Orl-37GJK

THOMAS MCCLARY; and FIFTH
AVENUE ENTERTAINMENT, LLC,

    Defendants.
_____

## VERDICT FORM

We, the jury, return the following verdict:

### TRADEMARK INFRINGEMENT CLAIM

Plaintiff Commodores Entertainment Corporation owns a federally registered trademark, "The Commodores." This Court has determined that Defendants Thomas McClary and Fifth Avenue Entertainment, LLC infringed on Commodores Entertainment Corporation's trademark by calling their music group "The Commodores featuring Thomas McClary" in connection with live performances and the promotion of concerts.

**As to Defendant THOMAS MCCLARY,**

1. Do you find by a preponderance of the evidence that Thomas McClary had actual notice that Commodores Entertainment Corporation had registered the trademarks with the United States Patent and Trademark Office?

    Yes __X__  No _____

    a. If your answer is "No," go to Question Number 11.

1

b. If your answer to Question Number 1 is "Yes," when do you find that Thomas McClary had actual notice of Commodores Entertainment Corporation's registration of the trademarks?

Date: June 2009

2. Do you find by a preponderance of the evidence that Thomas McClary's trademark infringement was willful and deliberate, or Thomas McClary was unjustly enriched, or an award of Thomas McClary's profits is necessary to deter future conduct?

Yes  X   No _____

If your answer is "No," go to Question Number 10.

3. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at West Hampton Beach Performing Arts Center, ("WHBPAC"), on July 16, 2014?

Yes  X   No _____

a. If your answer to Question Number 3 is "No," go to Question Number 4.

b. If your answer to Question Number 3 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

$ 13,467 .

c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 3b?

Yes  X   Amount  6,733

No _____

2

4. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Bury St. Edmonds, United Kingdom on January 27, 2015?

Yes __X__ No_____

   a. If your answer to Question Number 4 is "No," go to Question Number 5.

   b. If your answer to Question Number 4 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

$ __7,707__ .

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 4b?

Yes __X__ Amount __3,850__

No _____

5. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Norwich, St. Andrews on January 29, 2015?

Yes __X__ No_____

   a. If your answer to Question Number 5 is "No," go to Question Number 6.

   b. If your answer to Question No. 5 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

$ __7,775__ .

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 5b?

Yes __X__ Amount __3,850__

No _____

3

6. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Basingstoke, Anvil on January 30, 2015?

   Yes __X__ No_____

   a. If your answer to Question Number 6 is "No," go to Question Number 7.

   b. If your answer to Question Number 6 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

   $ __7,775_____.

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 6b?

   Yes __X__ Amount __3,850__

   No _____

7. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Northampton, Spinney on January 31, 2015?

   Yes __X__ No_____

   a. If your answer to Question Number 7 is "No," go to Question Number 8.

   b. If your answer to Question Number 7 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

   $ __7,775_____.

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 7b?

   Yes __X__ Amount __3,850__

   No _____

4

8. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Skegness, Butlins on February 1, 2015?

Yes __X__ No_____

   a. If your answer to Question Number 8 is "No," go to Question Number 9.

   b. If your answer to Question Number 8 is "Yes," what is the amount of Mr. McClary's profits you find has been established? $__7,775__.

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 8b?

   Yes __X__ Amount __3,850__

   No _____

9. Do you find by a preponderance of the evidence that Thomas McClary earned a profit from the concert at Basel, Switzerland on February 3, 2015?

Yes __X__ No_____

   a. If your answer to Question Number 9 is "No," go to Question Number 10.

   b. If your answer to Question Number 9 is "Yes," what is the amount of Mr. McClary's profits you find has been established?

$__7,775__.

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 9b?

   Yes __X__ Amount __3,850__

   No _____

5

10. If you found that Commodores Entertainment Corporation did not sustain any actual damages due to Thomas McClary's profits, do you find that Commodores Entertainment Corporation should be awarded nominal damages?

(Note: If damages from profits were awarded, in any amount, nominal damages should not be awarded.)

Yes _____ No \_\_X\_\_\_\_

If your answer is "Yes," in what amount?

$_____

**As to Defendant FIFTH AVENUE ENTERTAINMENT,**

11. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC had actual notice that Commodores Entertainment Corporation had registered the trademarks with the United States Patent and Trademark Office?

Yes \_\_X\_\_ No _____

a. If your answer is "No," go to Question Number 21.

b. If your answer to Question Number 11 is "Yes," when do you find that Fifth Avenue Entertainment, LLC had actual notice of Commodores Entertainment Corporation's registration of the trademarks?

Date: June 2009

12. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC's trademark infringement was willful and deliberate, or Fifth Avenue Entertainment, LLC was unjustly enriched, or an award of Fifth Avenue Entertainment, LLC's profits is necessary to deter future conduct?

    Yes __X__ No _____

    If your answer is "No," go to Question Number 20.

13. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at West Hampton Beach Performing Arts Center, ("WHBPAC"), on July 16, 2014?

    Yes __X__ No _____

    a. If your answer to Question Number 13 is "No," go to Question Number 14.

    b. If your answer to Question Number 13 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established?

    $ __4,800__

    c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 13b?

    Yes __X__   Amount __4,800__

    No _____

14. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Bury St. Edmonds, United Kingdom on January 27, 2015?

    Yes __X__ No _____

7

    a.    If your answer to Question Number 14 is "No," go to Question Number 15.

    b.    If your answer to Question Number 14 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established? $ __1,410__.

    c.    Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 14b?

Yes __X__   Amount __1,410__

No _____

15.    Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Norwich, St. Andrews on January 29, 2015?

Yes __X__ No_____

    a.    If your answer to Question Number 15 is "No," go to Question Number 16.

    b.    If your answer to Question Number 15 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established? $ __1,410__.

    c.    Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 15b?

Yes __X__   Amount __1,410__

No _____

16.    Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Basingstoke, Anvil on January 30, 2015?

Yes __X__ No_____

a. If your answer to Question Number 16 is "No," go to Question Number 17.

b. If your answer to Question Number 16 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established? $ 1,410.

c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 16b?

Yes __X__  Amount __1,410__

No _____

17. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Northampton, Spinney on January 31, 2015?

Yes __X__ No_____

a. If your answer to Question Number 17 is "No," go to Question Number 18.

b. If your answer to Question Number 17 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established? $ 1,410.

c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 17b?

Yes __X__  Amount __1,410__

No _____

18. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Skegness, Butlins on February 1, 2015?

   Yes __X__ No_____

   a. If your answer to Question Number 18 is "No," go to Question Number 19.

   b. If your answer to Question Number 18 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established?

   $ 1,410 .

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 18b?

   Yes __X__ Amount 1,410

   No _____

19. Do you find by a preponderance of the evidence that Fifth Avenue Entertainment, LLC earned a profit from the concert at Basel, Switzerland on February 3, 2015?

   Yes __X__ No_____

   a. If your answer to Question Number 19 is "No," go to Question Number 20.

   b. If your answer to Question Number 19 is "Yes," what is the amount of Fifth Avenue Entertainment, LLC's profits you find has been established?

   $ 1,410 .

   c. Do you award Commodores Entertainment Corporation damages from the profits identified in your response to Question Number 19b?

   Yes __X__ Amount 1,410

   No _____

20. If you found that Commodores Entertainment Corporation did not sustain any actual damages due to Fifth Avenue Entertainment, LLC's profits, do you find that Commodores Entertainment Corporation should be awarded nominal damages? (Note: If damages from profits were awarded, in any amount, nominal damages should not be awarded.)

Yes _____   No __X__

If your answer is "Yes," in what amount?

$_____

**FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT CLAIM**

21. Has Commodores Entertainment Corporation established by a preponderance of evidence that Defendants' unfair trade practice of trademark infringement proximately caused Commodores Entertainment Corporation actual damages?

Yes _____   No __X__

a. If your answer is "Yes," go to Question Number 22.

b. If your answer is "No," please sign and date the verdict form below.

22. State the amount of actual damages that should be awarded to Commodores Entertainment Corporation, from Defendants, if any.

$ ~~[struck through]~~

SO SAY WE ALL, this __30__ day of __JAN__ 2019.

_____
FOREPERSON

11