UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMMODORES ENTERTAINMENT
CORPORATION,

           Plaintiff,

v.                                    Case No:   6:14-cv-1335-Orl-37GJK

THOMAS MCCLARY; and FIFTH
AVENUE ENTERTAINMENT, LLC,

           Defendant.

_____

## <u>JUDGMENT IN A CIVIL CASE</u>

Pursuant to the jury verdict, rendered on January 30, 2019 (Doc. 475), and the Court finding that there is no just reason for delay, it is **ORDERED AND ADJUDGED** that:

**FINAL JUDGMENT** is entered in favor of the Plaintiff, Commodores Entertainment Corporation, against the Defendant, Thomas McClary in the amount of $29,833.00 and against the Defendant, Fifth Avenue Entertainment in the amount of $13,260.00.   The Court reserves jurisdiction as to any claim for attorneys' fees and costs subject to the filing of the appropriate motion with the Court.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 4, 2019.



ROY B. DALTON JR.
United States District Judge

Copies:        Counsel of Record