# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COMMODORES ENTERTAINMENT
CORPORATION,

      **Plaintiff/Counter Defendant,**

v.                                                                                                 Case No:  **6:14-cv-1335-Orl-37GJK**

THOMAS McCLARY, and FIFTH
AVENUE ENTERTAINMENT, LLC,

      **Defendants/Counterclaimants.**

_____

THOMAS McCLARY, and FIFTH
AVENUE ENTERTAINMENT,
LLC,

    Third Party Plaintiffs,

v.

COMMODORES
ENTERTAINMENT
CORPORATION, a Nevada
corporation, DAVID FISH,
individually, WALTER ORANGE,
individually, et al.,

    Third Party Defendants.

_____

# ORDER

    This cause came on for consideration without oral argument on the following motion:

| MOTION: | PLAINTIFF'S RENEWED MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO U.S.C. § 1117(a) and FED. R. CIV. P. 54(d) (Doc. No. 478) |
|---|---|
| FILED: | February 27, 2019 |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

On August 23, 2018, the Court entered an order granting in part and denying in part Plaintiff's motion for partial summary judgment. Doc. No. 426. On August 24, 2018, a judgment in favor of Plaintiff was entered on the partial summary judgment. Doc. No. 427. On September 10, 2018, Plaintiff filed a motion for attorney's fees and costs. Doc. No. 432. On December 11, 2018, the motion for attorney's fees and costs was denied without prejudice and Plaintiff was directed to file a renewed motion for attorney's fees and costs at the conclusion of the litigation in this matter. Doc. No. 440. On January 30, 2019, a jury rendered a verdict in favor of Plaintiff on the remaining issues in this litigation. Doc. No. 475. On February 4, 2019, a judgment was entered in favor of Plaintiff against Defendants. Doc. No. 476. On February 27, 2019, Plaintiff filed a renewed motion for attorney's fees and costs (the "Renewed Motion"). Doc. No. 478. On February 28, 2019, Defendants filed a Notice of Appeal, seeking review of both judgments in the Eleventh Circuit Court of Appeals. Doc. No. 480.

"[D]eferring ruling on a motion for attorney's fees and costs pending an appeal is a matter within the court's discretion, and courts will defer ruling in the interests of judicial economy." *Truesdell v. Thomas*, No: 5:13–cv–552–Oc–10PRL, 2016 WL 7049252, at *2 (M.D. Fla. Dec. 5, 2016); *see also Nat'l Farmers' Org., Inc. v. Associated Milk Producers, Inc.*, 850 F.2d 1286, 1312 (8th Cir. 1989) ("Thus, rather than undertaking the time-consuming task of determining a

reasonable attorney's fee, only to see the effort overturned on appeal, the district court wisely deferred ruling on attorney's fees and costs pending appeal." (citations omitted)).

It does not appear that consideration of the appeal would be better informed if accompanied by a decision on attorney's fees and costs. Instead, the outcome of the appeal may affect consideration of the Motion, including whether or not attorney's fees and costs should be awarded. Also, if Defendant prevails on appeal, it is likely Defendant will also seek additional fees and costs. Accordingly, rather than addressing fees and costs in piecemeal fashion and to conserve judicial resources, the undersigned finds the Motion for Entitlement and the Motion to Tax should be denied with leave to file renewed motions in the event the Court's judgment is affirmed.

Accordingly, it is **ORDERED** that:

1. The Renewed Motion (Doc. No. 478) is **DENIED**; and

2. **If the Eleventh Circuit Court of Appeals affirms the Court's judgments, Plaintiff shall file a renewed motion within twenty-one days after the mandate issues.**

**DONE** and **ORDERED** in Orlando, Florida, on March 5, 2019.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 3 -